IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZUNIR WILSON-WALKER | : CIVIL ACTION |
| | : |
| v. | : NO. 25-3493 |
| | : |
| MONTCO DETECTIVE ANTHONY CASO | : |

## ORDER

**AND NOW**, this 19th day of August 2025, upon screening the incarcerated Plaintiff's pro se Complaint (ECF 2) having granted Plaintiff leave to proceed *in forma paueris* (ECF 14), following our mandated screening under 28 U.S.C. § 1915A, and finding we cannot award declaratory relief to stop or interfere in an ongoing state court criminal action, Plaintiff does not plausibly plead federal law claims against the investigating detective or prosecuting attorneys for damages, and declining to exercise supplemental jurisdiction over Pennsylvania law claims for defamation, slander, and malicious prosecution, it is **ORDERED** we **DISMISS** the Complaint (ECF 2) requiring we:

1. **Dismiss** the constitutional claims seeking injunctive relief with prejudice;

2. **Dismiss** the constitutional claims seeking damages against Caroline Goldstein, Esq., Courtney McMonagle, Esq., and Edward F. McCann arising from their arguments and presentation of evidence in court with prejudice requiring we dismiss them;

3. **Amend** the caption as above to reflect the dismissal of Caroline Goldstein, Esq., Courtney McMonagle, Esq., and Edward F. McCann with prejudice;

4. **Dismiss** the constitutional claims against Detective Anthony Caso:

    a. with prejudice as to his testimony during the preliminary hearing; and,

      b.      without prejudice as to an undefined claim arising from interviewing a witness in connection with a criminal investigation;

5.      **Dismiss** the Pennsylvania law claims for defamation, slander, and malicious prosecution as we presently decline to exercise supplemental jurisdiction subject to pleading these claims within our supplemental jurisdiction should Plaintiff plead a constitutional claim against non-immune state actors through a timely amended Complaint; and,

6.      **Grant** Plaintiff leave to file an amended Complaint no later than **September 23, 2025** pleading a damages claim under federal law against non-immune actors **or** we will direct the Clerk of Court to then close this case mindful Plaintiff can timely proceed with his Pennsylvania claims in state court including his challenges to the criminal case through his appointed attorney in the criminal case.

_____
KEARNEY, J.